IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JEFFERY TABB, | : | |
| Plaintiff, | : | |
| VS. | : | NO. 7:21-CV-100-HL-TQL |
| THOMAS COUNTY JAIL, | : | |
| Defendant. | : | |

## ORDER

On September 2, 2021, Plaintiff was ordered to file an amended complaint and a certified copy of his trust fund account statement. ECF No. 4. Plaintiff did not respond to this Order.

On September 24, 2021, the Court order Plaintiff to show cause why his case should not be dismissed for failure to comply with the Court's September 2, 2021 Order. Plaintiff did not respond to the Show Cause Order.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 14th day of October, 2021.

                                          ***s/ Hugh Lawson***
                                          HUGH LAWSON, JUDGE
                                          UNITED STATES DISTRICT COURT