IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEFFERY TABB, | * |
| Plaintiff, | * |
| v. | Case No.   7:21-CV-100(HL) |
| | * |
| THOMAS COUNTY JAIL, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 14, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of October, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk